[No. 33576-6-I.   Division One.   October 30, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE ZAVALA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-04483-2, Faith Enyeart Ireland, J., entered October 25, 1993. *Affirmed* by unpublished per curiam opinion.


[No. 33828-5-I.   Division One.   October 30, 1995.]

DOUGLAS BALDWIN, ET AL., *Respondents*, v. GREENBERG BROTHERS DEVELOPMENT CORP., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-01669-9, Anne L. Ellington, J., entered November 8, 1993. *Affirmed* by unpublished opinion per Forrest, J. Pro Tem., concurred in by Kennedy, A.C.J., and Cox, J.


[No. 34068-9-I.   Division One.   October 30, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. HORACIO MEDINA FIGUEROA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-07046-9, Frank L. Sullivan, J., entered January 28, 1994. *Affirmed* by unpublished per curiam opinion.


[No. 34463-3-I.   Division One.   October 30, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH LOUISE BAKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-06947-9, Faith Enyeart Ireland, J., entered April 18, 1994. *Affirmed* by unpublished per curiam opinion.